UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OUTSIDE LEGAL COUNSEL PLC,

        Plaintiff,                      Case No. 13-13231
                                               Honorable Thomas L. Ludington

v

DANIEL J. RUBIN and
JUSTDROPPED.COM, INC.,

        Defendants.
                                           /

**ORDER STRIKING CONSENT JUDGMENT**

On July 29, 2013, the parties filed a consent judgment on the docket. *See* Consent J., ECF No. 4. But under E.D. Mich. Local Rules Appendix ECF Rule 11(a), a consent judgment must be submitted via the link under the Utilities section of CM/ECF, not filed on the docket. So the consent judgment will be stricken.

Accordingly, it is **ORDERED** that the consent judgment, ECF No. 4, is **STRICKEN**. The parties are **DIRECTED** to file their consent judgment, should they desire it be entered, under the Utilities section of CM/ECF.

Dated: July 30, 2013                                        s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 30, 2013.
                             s/Tracy A. Jacobs
                             TRACY A. JACOBS